UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

GARY METZGAR, RICHARD MUELLER,                          **DECISION**
KEVIN REAGAN, RONALD REAGAN,                               **and**
SHERWOOD NOBLE, and                                       **ORDER**
DANIEL O'CALLAGHAN,
                                  Plaintiffs,            **13-CV-85V(F)**

        v.

U.A. PLUMBERS AND STEAMFITTERS LOCAL
  NO. 22 PENSION FUND,
BOARD OF TRUSTEES OF U.A. PLUMBERS AND
  STEAMFITTERS LOCAL NO. 22 PENSION FUND, and
DEBRA KOROPOLINSKI, in her capacity as Plan
  Administrator, for the U.A. Plumbers and Steamfitters
  Local 22 Pension Fund,
                                  Defendants.
_____

APPEARANCES:            CHRISTEN ARCHER PIERROT, ESQ.
                        Attorney for Plaintiffs
                        45 S. Grove Street, B
                        East Aurora, New York 14052

                        BLITMAN & KING
                        Attorneys for Defendants
                        JULES L. SMITH, of Counsel
                        The Powers Building
                        16 West Main Street, Suite 207
                        Rochester, New York  14614


        By papers filed December 21, 2016 (Dkt. 58), Defendants moved to compel

Plaintiffs' required disclosures pursuant to Fed.R.Civ.P. 26(a)(1) ("Rule 26(a)(1)"),

including Fed.R.Civ.P. 26(a)(1)(A)(iii) ("Rule 26(a)(1)(A)(iii)"), to enlarge the period for

Defendants' responses to Plaintiffs' First Set of Interrogatories and Requests to

Produce, and for expenses incurred in bringing Defendants' motion pursuant to

Fed.R.Civ.P. 37(a)(5)(A) ("Rule 37(a)(5)(A)") ("Defendants' motion").  Plaintiffs

1

conceded Plaintiffs have failed to timely provide Plaintiffs' required Rule 26(a)(1)

disclosures, requesting Plaintiffs be permitted to serve such disclosures by January 26,

2017, Dkt. 60 ¶¶ 2, 8, and do not oppose Defendants' request to provide Defendants'

additional time to serve Defendants' responses to Plaintiffs' discovery requests.  Dkt. 60

¶ 7.  Accordingly, the court finds the oral argument scheduled for January 18, 2017 to

be unnecessary and that Defendants' motion is essentially unopposed.  However, as to

Defendants' request for expenses, contrary to Plaintiffs' assertion, required disclosures

may not be avoided because the opposing party may be possessed of the information

subject to such required disclosures.  *See Kingsway Financial Services, Inc. v.

Pricewaterhouse-Coopers LLP,* 2008 WL 4452134, at *5 (S.D.N.Y. Oct. 2, 2008) (citing

cases).  The court also finds Plaintiffs' counsel's multiple health problems which have

adversely impacted her practice, *see* Dkt. 60 ¶¶ 3-5, warrant the conclusion that while

Plaintiffs' failure to provide Plaintiffs' required Rule 26(a)(1)(A)(iii) disclosures was not

substantially justified, nevertheless, an award of Defendants' expenses would under the

circumstances presented be unjust.  *See* Rule 27(a)(5)(A)(iii); *Scott-Iverson v.

Independent Health Association, Inc.*, 2016 WL 1458239, at * 2 (W.D.N.Y. Apr. 14,

2016) ("An award of expenses is unjust under Rule 37(d)(3) where the circumstances of

a party's refusal show an inability to comply by factors outside the party's control such

as a disability preventing a request for judicial relief, or a physical inability to appear for

a deposition such as travel restrictions related to incarceration or a deponent's serious

illness."  (citing *Restis v. American Coalition Against Nuclear Iran, Inc.*, 2014 WL

1870368, at * 4 (S.D.N.Y. Apr. 25, 2014) (deponent's travel restrictions, if documented,

could have excused appearance at deposition)).

## CONCLUSION

Based on the foregoing, Defendants' motion (Dkt. 58) is GRANTED in part and

DENIED in part.  Plaintiffs shall serve Plaintiffs' Rule 26(a)(1) disclosures in accordance

with Rule 26(a)(1)(A), including without limitation Rule 26(a)(1)(A)(iii), not later than

January 26, 2017.  Defendants' response to Plaintiffs' First Set of Interrogatories and

Request to Produce may be served not later than 30 days following service of Plaintiffs'

disclosures in accordance with this Decision and Order.  Oral argument on Defendants'

motion presently scheduled for January 18, 2017 at 2:00 p.m. is CANCELLED.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____

LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated:  January 17, 2017
       Buffalo, New York

3